COMMONWEALTH of Pennsylvania,
Respondent

v.

Anthony JOHNSON, Petitioner

No. 297 EAL 2016

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Kyle RAINEY, Petitioner

No. 294 EAL 2016

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Nafeese TURNER, Petitioner

No. 286 EAL 2016

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**